UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M&D PETERSON, LLC, *on behalf of itself and all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>SIKA AG, *et al.*,<br><br>*Defendants*. | Case No. 2:23-cv-04711 |

**STIPULATION TO EXTEND TIME**

WHEREAS, on November 29, 2023, Plaintiff M&D Peterson, LLC filed a complaint alleging violations of the United States' antitrust laws against Defendants Compagnie de Saint-Gobain S.A., GCP Applied Technologies, Inc., Saint-Gobain N.A., Chryso, Inc., Sika, AG, Sika Corporation, Cinven Ltd., Cinven Inc., Master Builders Solutions Admixtures U.S., LLC, Master Builders Solutions Deutschland GmbH, The Euclid Chemical Company, and RPM International Inc.;

WHEREAS, beginning on December 8 through December 21, Plaintiff served Defendants Saint-Gobain N.A., Chryso Inc., GCP Applied Technologies, Inc., Sika Corporation, Master Builders Solutions Admixtures U.S., Cinven, Inc., Cinven Ltd., The Euclid Chemical Company, and RPM International Inc., with process;

WHEREAS, the Plaintiffs and Defendants are discussing a stipulation governing the schedule for the above-captioned matter and all actions currently related thereto (Case Nos. 2:23-cv-04723; 2:23-cv-04797; 2:23-cv-04845) including the time to answer or respond to the complaints in those related actions;

WHEREAS, the Parties believe an interim extension of time for Defendants to answer the Complaint will facilitate negotiations over a coordinated schedule for all related actions;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties in the above-captioned action that the time for Defendants GCP Applied Technologies, Inc., Saint-Gobain N.A., Chryso, Inc., Sika Corporation, Master Builders Solutions Admixtures U.S., Cinven, Inc., Cinven Ltd., RPM International Inc., and The Euclid Chemical Company to answer or otherwise respond to Plaintiff's Complaint is extended until January 11, 2024.[1]

This is the first extension of time requested.

DATED:  December 27, 2023

By:

/s/ *Jeannine M. Kenney*
Jeannine M. Kenney (PA Bar No. 307635)
Katie R. Beran (PA Bar No. 313872)
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
Fax: (215) 985-3271
jkenney@hausfeld.com
kberan@hausfeld.com

Nathaniel C. Giddings (*pro hac vice* forthcoming)
HAUSFELD LLP
888 16th Street, NW, Suite 300
Tel: (202) 540-7200
Fax: (202) 540-7201
ngiddings@hausfeld.com

Scott Martin (*pro hac vice* forthcoming)
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com

/s/ *Gerald E. Burns*
Gerald E. Burns (PA Bar No. 59466)
Anna E. Sanders (PA Bar No. 326801)
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Tel: (215) 665-8700
Fax: (215) 665-8760
gerald.burns@bipc.com
anna.sanders@bipc.com

*Counsel for Defendants Cinven Ltd., Cinven, Inc., Master Builders Solutions Admixtures U.S., LLC, and Master Builders Solutions Deutschland GmbH*

Bruce McCulloch (*pro hac vice* pending)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Tel: (202) 777-4547
bruce.mcculloch@freshfields.com
*Counsel for Defendants Cinven Ltd. and Cinven, Inc.*

---

[1] By filing this stipulation, no defendant waives any defense including, but not limited to, lack of personal jurisdiction, that might be asserted in the underlying action or any related action.

Michael P. Lehmann (*pro hac vice* forthcoming)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980
mlehmaim@hausfeld.com

Arthur N. Bailey
RUPP PFALZGRAF LLC
111 W. 2nd Street, Suite 1100
Jamestown, NY 14701
Tel: (716) 664-2967
bailey@rupppfalzgraf.com

*Counsel for Plaintiff and the Putative Class*

/s/ *Mark H. Hamer*
BAKER MCKENZIE LLP
Mark H. Hamer (*pro hac vice* forthcoming)
Creighton J. Macy (*pro hac vice* forthcoming)
Mark G. Weiss (*pro hac vice* forthcoming)
815 Connecticut Ave., NW
Washington, DC 20006
Telephone: (202) 452-7077
Facsimile: (202) 416-7177
mark.hamer@bakermckenzie.com

*Counsel for Defendant Sika Corporation*

Heather Lamberg (*pro hac vice* pending)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Tel: (202) 777-4500
heather.lamberg@freshfields.com

*Counsel for Defendants Master Builders Solutions Admixtures U.S., LLC, and Master Builders Solutions Deutschland GmbH*

/s/ *Marguerite M. Sullivan*
Marguerite M. Sullivan
(*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: 202-637-1027
Fax: 202-637-2201
Marguerite.Sullivan@lw.com

*Counsel for Defendants Saint-Gobain N.A., Chryso, Inc., and GCP Applied Technologies, Inc.*

/s/ *Peter Guryan*
SIMPSON THACHER & BARTLETT LLP
Peter Guryan (*pro hac vice* forthcoming)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
(212) 455-2502
Peter.Guryan@stblaw.com

Abram J. Ellis (*pro hac vice* forthcoming)
900 G. Street NW
Washington, D.C. 20001
(202) 636-5500
(202) 636-5502
aellis@stblaw.com

*Counsel for Defendants RPM International Inc. and The Euclid Chemical Company*

4

APPROVED AND SO ORDERED    _____
                                                          Hon. Kai N. Scott

DATED:  December ___, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2023, the foregoing Stipulation to Extend Time was electronically filed using the CM/ECF System, and notice was given to all parties using this system.

*/s/ Gerald E. Burns*
Gerald E. Burns